

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00474-CV

**IN RE STATE FARM LLOYDS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  August 5, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On July 28, 2015, relator State Farm Lloyds filed a petition for writ of mandamus and an opposed motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. While we recognize that the practical implications of sharing provisions in protective orders may be changing in multi-district litigation in this state, as an intermediate appellate court, we are bound to follow the precedent established by the Texas Supreme Court in *Garcia v. Peeples*, which we believe to be the law applicable in this instance. 734 S.W.2d 343 (Tex. 1987); s*ee* TEX. R. JUD. ADMIN. 13, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West 2013); TEX.

---

[1] This proceeding arises out of Cause Nos. 2014-CVF-001162-D1, styled *Raul Rodriguez and Noemi Rodriguez v. State Farm Lloyds and Felipe Farias*, and 2014-CVF-001048-D1, styled *Alma Pena v. State Farm Lloyds and Becky Lanier*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.

GOV'T CODE ANN. §§ 74.161-.164 (West 2013). Accordingly, the petition for writ of mandamus and the motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM